NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1093

INTERDIGITAL COMMUNICATIONS, LLC and
INTERDIGITAL TECHNOLOGY CORPORATION,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

NOKIA INC. and NOKIA CORPORATION,

Intervenors.

On appeal from the United States International Trade Commission
in Investigation No. 337-TA-613.

ON MOTION

## O R D E R

Upon consideration of the unopposed motion of Nokia Inc. and Nokia Corporation for leave to intervene,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

JAN 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Donald R. Dunner, Esq.
     Megan M. Valentine, Esq.
     Paul F. Brinkman, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 4 2010

JAN HORBALY
CLERK